## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

Donald W. Turner Jr.　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　**CASE NO.**　3:15-cv-00067 DPM

Wal-Mart　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

### ORDER

　　Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

　　IT IS SO ORDERED this   17   day of    March   , 20 15 .

　　　　　　　　　　　　　　　　　AT THE DIRECTION OF THE COURT
　　　　　　　　　　　　　　　　　JAMES W. MCCORMACK, CLERK


　　　　　　　　　　　　　　　　　By: /s/ Jake A. Kornegay
　　　　　　　　　　　　　　　　　　　　Deputy Clerk