IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD W. TURNER, JR.                                    PLAINTIFF

v.                          No. 3:15-cv-67-DPM

WAL-MART                                                 DEFENDANT

## JUDGMENT

Turner's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

30 March 2015